IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank,

      Plaintiff,

vs.

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company;
ABRAHAM I. WERJUKA, an individual;
and MONARCH HOTELS AND RESORTS,
INC., a Florida corporation, SLO FUNDING,
LLC, a Delaware limited liability
company,

      Defendants.
_____/

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company,

      Counter-Plaintiff,

v.

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank;
MARSHALL BANKFIRST CORP.,
a registered bank holding company;
THE MARSHALL GROUP, a Delaware
corporation; and MARSHALL FINANCIAL
GROUP, LLC a Delaware limited liability
company,

      Counter-Defendants.
_____/

**THE FDIC-R'S MOTION FOR ISSUANCE OF STAY
AND INCORPORATED MEMORANDUM OF LAW**

The Federal Deposit Insurance Corporation ("FDIC"), as Receiver for BankFirst ("FDIC-R"), by and though undersigned counsel and pursuant to 12 U.S.C. Section 1821(d)(12), hereby moves this Court for issuance of a stay for a period not to exceed ninety (90) days.  In support hereof, FDIC-R states as follows:

1. On June 27, 2007, BankFirst initiated this action in Miami-Dade County Circuit Court to foreclose a mortgage securing a $39,500,000.00 loan to Defendant/Counter-Plaintiff, Savoy Hotel Partners, LLC ("SHP").

2. On July 17, 2009, the State of South Dakota, Department of Revenue and Regulation, Division of Banking declared BankFirst insolvent and appointed the FDIC as its Receiver.

3. On that same date, July 17, 2009, the FDIC accepted the appointment as Receiver ("FDIC-R").

4. On September 2, 2009, the FDIC-R was substituted as a party in interest in the state court action, in the place and stead of BankFirst.  That same day, the FDIC-R removed this case from Miami-Dade Circuit Court to the instant court pursuant to 12 U.S.C. § 1819(b)(2)(B).

5. Pursuant to 12 U.S.C. Section 1821(d)(12), the FDIC-R hereby requests a stay of this litigation for a period not to exceed ninety (90) days from the date of its appointment as Receiver for BankFirst, or up to and including October 15, 2009.

## MEMORANDUM OF LAW

Pursuant to 12 U.S.C. Section 1821(d)(12)(A), the FDIC-R "may request a stay" after its appointment as conservator or receiver for a failed financial institution "in any judicial action or proceeding" in which the institution is or becomes a party for a period not to exceed ninety (90) days.  Sub-paragraph (B) of the statute, entitled "Grant of stay by all courts *required*" (emphasis

added), provides that "the court *shall* grant such stay as to all parties."  12 U.S.C. § 1821(d)(12)(B) (emphasis added).  See also FDIC. v. Lacentra Trucking, Inc., 157 F.3d 1292, 1301 (11th Cir. 1998) (citing U.S. v. Chorice, 857 F. Supp. 672, 675 (W.D. Mo. 1994) (stating: "'the FDIC may stay a case that is pending at the time the FDIC takes over a failed financial institution to allow the FDIC to analyze the case, but the court always retains jurisdiction'").  Based on the plain language of the 12 U.S.C. § 1821(d)(12), the courts have recognized that a stay is mandatory.  See Praxis Prop., Inc. v. Colonial Savings Bank, N.A., 947 F.2d 49, 66 (3rd Cir. 1991); Prince George Joint Venture v. Sunbelt Savings, F.S.B., 744 F. Supp. 133, 136 (N.D. Tex. 1990).

**WHEREFORE,** pursuant to Section 1821(d)(12), the FDIC-R respectfully requests that this Court order a stay of this litigation for a period not to exceed ninety (90) days from the date of the FDIC-R's appointment as Receiver for BankFirst, or up to and including October 15, 2009, together with such other and further relief as this Court deems just and appropriate. A proposed Order is attached hereto.

Respectfully Submitted,

**FOLEY & LARDNER LLP**
One Biscayne Tower
Two South Biscayne Blvd., Suite 1900
Miami, Florida  33131-2150
Telephone:  (305) 482-8400
Facsimile:  (305) 482-8600

By: *s/: William E. Davis*
William E. Davis
Fla. Bar No.: 191680
Alan R. Poppe
Fla. Bar No.: 0186872

*Attorneys for the FDIC,*
*as Receiver for BankFirst*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 18th day of September 2009, a true and correct copy of the foregoing was filed using the CM/ECF system, and was served via U.S. Mail and facsimile upon the following:

| | |
|---|---|
| Jason S. Oletsky, Esq.<br>Akerman Senterfitt<br>**Attorneys for Savoy Hotel Partners, LLC**<br>Las Olas II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone:954.463.2700<br>Facsimile: 954.463.2224<br>jason.oletsky@akerman.com | Steven B. Gillman, Esq.<br>Shutts & Bowen, LLP<br>**Attorneys for Abraham I. Werjuka**<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305.358.6300<br>Facsimile: 305.347.7835<br>SGillman@shutts.com |
| Jennifer Recine, Esq.<br>Kasowitz, Benson, Torres & Freidman LLP<br>**Attorneys for Savoy Hotel Partners, LLC**<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br>JRecine@kasowitz.com | Dirk Lorenzen, Esq.<br>**Attorneys for Intervenor, S&B Architects**<br>Lorenzen Law P.A.<br>396 Alhambra Circle, Suite 548<br>Coral Gables, FL 33134<br>Telephone: 305.447.1203<br>Facsimile: 305-447.1272<br>LorenzenLaw@yahoo.com |
| Philip D. Storey<br>Alvarez Sambol Winthrop & Madson PA<br>**Attorneys for Fairwinds Credit Union**<br>100 South Orange Avenue Sutie 200<br>Orlando, FL 32801<br>Telephone: 407.210.2796<br>Facsimile: 407.210.2795<br>pds@aswmpa.com | Atlee W. Wampler, III, Esq.<br>Ricardo A. Banciella, Esq.<br>Wampler, Buchanan Walker Chabrow<br>Banciella & Stanley, PA<br>**Attorneys for Beal Bank Nevada**<br>9350 South Dixie Highway, Suite 1500<br>Miami, FL 33156<br>Telephone:  305.577.0044<br>Facsimile:  305.577.8545<br>awampler@wbwcb.com<br>rbanciella@wbwcb.com |

       *s/: William E. Davis*
       Attorney