UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22617-CIV-GRAHAM/TORRES

FDIC,
and BEAL BANK NEVADA

    Plaintiffs,

v.

SAVOY HOTEL PARTNERS, LLC,
ABRAHAM I. WERJUKA,
MONARCH HOTELS AND RESORTS,
and FUNDING, LLC,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon FDIC-R's Motion for Issuance of Stay [D.E. 8].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** that FDIC-R's Motion for Issuance of Stay [D.E. 8] is **GRANTED**. This matter is stayed for a period not to exceed ninety (90) days from the date of the FDIC-R's appointment as Receiver for BankFirst.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2009.

                                  s/Donald L. Graham  
                                  DONALD L. GRAHAM  
                                  UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record