IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank; and
BEAL BANK NEVADA,

       Plaintiff,

vs.

SAVOY HOTEL PARTNERS, LLC,
et al.,

       Defendants.
_____/

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company,

       Counter-Plaintiff,

vs.

FDIC, as Receiver for BANKFIRST,
et al.,

       Counter-Defendants.
_____/

## THE FDIC-R'S REPLY MEMORANDUM
## IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF STAY

The Federal Deposit Insurance Corporation ("FDIC"), as Receiver for BankFirst ("FDIC-R"), hereby files its reply memorandum in support of its motion for an enlargement of the previously requested mandatory stay under 12 U.S.C. § 1821(d)(12) and states as follows:

In its response in opposition [D.E. 36] to the FDIC-R's Motion for Enlargement of Stay, Beal Bank Nevada ("BBN") notes, correctly, that the loan that is the subject of this foreclosure action is comprised of two promissory notes: (1) Amended and Restated Promissory Note A in

MIAM_169706.2

the original principal amount of $34,850,000.00 ("Note A") and (2) Promissory Note B in the original principal amount of $4,650,000.00 ("Note B"). BBN, by virtue of a transfer from the FDIC-R, is now the holder of Note A. The FDIC-R remains the holder of Note B. Pursuant to an Amendment to Loan Document dated November 9, 2006, Note B is junior and subordinate to Note A.

BBN argues that the obligations of Note A are separate from the obligations under Note B and asks that the Court "bifurcate the Note A and Note B claims by permitting BBN to proceed litigating the Note A claims while staying the Note B claims and the counterclaim pending exhaustion of the administrative claims process." BBN's Opp. at p. 4. However, notwithstanding Note B's subordination to Note A, both promissory notes are nevertheless secured by the same mortgage. The loan transaction, consisting of both notes, the mortgage, and related loan documents, is the subject of various counterclaims alleged by Defendant/Counter-Plaintiff Savoy Hotel Partners, LLC's ("SHP") Second Amended Counterclaims, including claims for, among other things, fraud, breach of contract, and violations of Florida's Civil Remedies For Criminal Practices Act, Fla. Stat. § 772.101 *et seq.* ("Florida Civil RICO").

Note A and Note B are both subject to the same counterclaims – there are not separate claims, counts, or facts alleged as to each note. SHP contends that its damages are well in excess of the principal and interest owed on Note A and Note B combined. The allegations of SHP's common law counterclaims are *also* set forth as and comprise certain of the affirmative defenses alleged by SHP and co-Defendant and guarantor, Abraham I. Werjuka, to the claims to foreclose the mortgage securing both Note A and Note B. Included among those affirmative defenses is the defense of set-off in the amount of the damages suffered due to BankFirst's alleged breach of

2

contract and breach of implied covenant of good faith and fair dealing, fraud, tortuous interference, and breach of fiduciary.

As such, BBN's claims with regard to Note A cannot be litigated without addressing the Second Amended Counterclaims and the affirmative defenses.  These counterclaims and affirmative defenses constitute claims for payments from, or an action seeking a determination of rights with respect to the assets of a former bank and, pursuant to the provisions of 12 U.S.C. § 1821(d)(13)(D), this Court does not have the power to initially determine those claims.  Rather, pursuant to 12 U.S.C. § 1821(d)(3)-(8), a claimant is required to complete and exhaust the administrative claims procedure.  Accordingly, the FDIC-R respectfully requests that this Court enter an Order staying this litigation pending the filing of a motion indicating the exhaustion of the administrative claims process.

Respectfully Submitted,

**FOLEY & LARDNER LLP**
One Biscayne Tower
Two South Biscayne Blvd., Suite 1900
Miami, Florida  33131-2150
Telephone:  (305) 482-8400
Facsimile:  (305) 482-8600

By: *s/: William E. Davis*
    William E. Davis
    Fla. Bar No.: 191680
    Alan R. Poppe
    Fla. Bar No.: 0186872

*Attorneys for the FDIC, as Receiver for BankFirst*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 6th day of November 2009, a true and correct copy of the foregoing was filed using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jason S. Oletsky, Esq.<br>Akerman Senterfitt<br>**Attorneys for Savoy Hotel Partners, LLC**<br>Las Olas II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone:954.463.2700<br>Facsimile: 954.463.2224<br>jason.oletsky@akerman.com | Steven B. Gillman, Esq.<br>Shutts & Bowen, LLP<br>**Attorneys for Abraham I. Werjuka**<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305.358.6300<br>Facsimile: 305.347.7835<br>SGillman@shutts.com |
| Jennifer Recine, Esq.<br>Kasowitz, Benson, Torres & Freidman LLP<br>**Attorneys for Savoy Hotel Partners, LLC**<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br>JRecine@kasowitz.com | Dirk Lorenzen, Esq.<br>**Attorneys for Intervenor, S&B Architects**<br>Lorenzen Law P.A.<br>396 Alhambra Circle, Suite 548<br>Coral Gables, FL 33134<br>Telephone: 305.447.1203<br>Facsimile: 305-447.1272<br>LorenzenLaw@yahoo.com |
| Philip D. Storey<br>Alvarez Sambol Winthrop & Madson PA<br>**Attorneys for Fairwinds Credit Union**<br>100 South Orange Avenue Sutie 200<br>Orlando, FL 32801<br>Telephone: 407.210.2796<br>Facsimile: 407.210.2795<br>(Via facsimile and U.S. Mail only) | Atlee W. Wampler, III, Esq.<br>Ricardo A. Banciella, Esq.<br>Wampler, Buchanan Walker Chabrow Banciella & Stanley, PA<br>**Attorneys for Beal Bank Nevada**<br>9350 South Dixie Highway, Suite 1500<br>Miami, FL 33156<br>Telephone:  305.577.0044<br>Facsimile:  305.577.8545<br>awampler@wbwcb.com<br>rbanciella@wbwcb.com |

       _____s/: William E. Davis_____
                        Attorney