IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank; and
BEAL BANK NEVADA,

    Plaintiff,

vs.

SAVOY HOTEL PARTNERS, LLC,
et al.,

    Defendants.
_____/

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company,

    Counter-Plaintiff,

vs.

FDIC, as Receiver for BANKFIRST,
et al.,

    Counter-Defendants.
_____/

**MOTION TO WITHDRAW AS COUNSEL FOR THE FDIC-R,
MARSHALL BANKFIRST CORP., THE MARSHALL GROUP,
AND MARSHALL FINANCIAL GROUP, LLC**

Movant, Foley & Lardner LLP, respectfully requests leave of the Court to withdraw as counsel for Plaintiff/Counter-Defendant, The Federal Deposit Insurance Corporation ("FDIC"), as Receiver for BankFirst ("FDIC-R"), and Counter-Defendants, Marshall BankFirst Corp., the Marshall Group, and Marshall Financial Group, LLC (hereafter, the "Marshall Counter-Defendants"). In support of this request, Foley & Lardner states as follows:

1. This is an action to foreclosure a commercial mortgage securing payment of two promissory notes: Note A in the amount of $34,850,000.00 and Note B in the amount of $4,650,000.00. In response to foreclosure, the borrower, Defendant/Counter-Plaintiff Savoy Hotel Partners, LLC ("SHP"), asserted several Florida common law counterclaims against the lender, BankFirst, as well as claims for violation of Florida's Civil Remedies For Criminal Practices Act, Fla. Stat. §772.101 *et seq.* ("Florida Civil RICO") against BankFirst and the Marshall Counter-Defendants.

2. During the course of the litigation, on July 17, 2009, BankFirst was closed by the State of South Dakota Department of Revenue and Regulation, Division of Banking, and the FDIC was appointed as Receiver of BankFirst (the "FDIC-R"). On or about September 2, 2009, the FDIC-R removed this case from Miami-Dade Circuit Court to the instant court pursuant to 12 U.S.C. § 1819(b)(2)(B).

3. Subsequent to BankFirst's closing, Beal Bank Nevada ("BBN") acquired BankFirst's interest in Note A and now owns and holds Note A. The FDIC-R retained BankFirst's interest in Note B.

4. Foley & Lardner was counsel of record for BankFirst prior to its closure and is presently counsel of record for the FDIC-R. Foley & Lardner was and is currently counsel of record for the Marshall Counter-Defendants.

5. Irreconcilable differences have arisen between Foley & Lardner, the FDIC-R, and the Marshall Counter-Defendants, rendering Foley & Lardner unable to properly represent any of the entities in this matter.

6. Undersigned counsel notes that on or about November 30, 2009, the Court stayed the instant matter pursuant to 12 U.S.C. § 1821(d) so as to allow the parties to exhaust the

administrative claims process set forth as a condition precedent to the pursuit of any claim against the FDIC-R. [D.E. 48] This matter is stayed until the earlier of the following; (1) 180 days have elapsed from the date claimants against BankFirst in this action filed their claims with the FDIC; or (2) the FDIC has disallowed the claims.

7. No party will be prejudiced by the granting of this Motion. On the other hand, great prejudice will result to Foley & Lardner as a result of the irreconcilable differences between the firm and its client.

8. This motion is filed in good faith and not for purposes of delay.

9. Undersigned counsel certifies that it has conferred with counsel for SHP, counsel for the guarantor, Abraham I. Werjuka, and that they have no objection.

**WHEREFORE**, Foley & Lardner respectfully requests that this Court grant Foley & Lardner leave to withdraw as counsel of record for the FDIC-R and the Marshall Counter-Defendants  A proposed Order is attached hereto.

Respectfully Submitted,

**FOLEY & LARDNER LLP**
One Biscayne Tower
Two South Biscayne Blvd., Suite 1900
Miami, Florida 33131-2150
Telephone: (305) 482-8400
Facsimile: (305) 482-8600

By: *s/: William E. Davis*
    William E. Davis (Fla. Bar No.: 191680)
    *wdavis@foley.com*
    Alan R. Poppe (Fla. Bar No.: 0186872)
    *apoppe@foley.com*

MIAM_189998.2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 18th day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         *s/William E. Davis*
                                                        William E. Davis

## SERVICE LIST
### FDIC, as Receiver for BankFirst, Plaintiff
### v.
### Savoy Hotel Partners, LLC, et al., Defendants
### Case No.: 09-22617-Civ-Graham/Torres
### United States District Court, Southern District of Florida

| | |
|---|---|
| Jason S. Oletsky, Esq.<br>jason.oletsky@akerman.com<br>Akerman Senterfitt<br>Las Olas II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone:954.463.2700<br>Facsimile: 954.463.2224<br>**Attorneys for Savoy Hotel Partners, LLC**<br>**(Via CM/ECF)** | Steven B. Gillman, Esq.<br>SGillman@shutts.com<br>Shutts & Bowen, LLP<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305.358.6300<br>Facsimile: 305.347.7835<br>**Attorneys for Abraham I. Werjuka**<br>**(Via CM/ECF)** |
| Jennifer Recine, Esq.<br>JRecine@kasowitz.com<br>Kasowitz, Benson, Torres & Freidman LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br>**Attorneys for Savoy Hotel Partners, LLC**<br>**(Via CM/ECF)** | Dirk Lorenzen, Esq.<br>LorenzenLaw@yahoo.com<br>Lorenzen Law P.A.<br>396 Alhambra Circle, Suite 548<br>Coral Gables, FL 33134<br>Telephone: 305.447.1203<br>Facsimile: 305-447.1272<br>**Attorneys for Intervenor, S&B Architects**<br>**(Via CM/ECF)** |
| Philip D. Storey<br>Alvarez Sambol Winthrop & Madson PA<br>100 South Orange Avenue Sutie 200<br>Orlando, FL 32801<br>Telephone: 407.210.2796<br>Facsimile: 407.210.2795<br>**Attorneys for Fairwinds Credit Union**<br>**(Via U.S. Mail only)** | Atlee W. Wampler, III, Esq.<br>awampler@wbwcb.com<br>Ricardo A. Banciella, Esq.<br>rbanciella@wbwcb.com<br>Wampler, Buchanan Walker Chabrow,<br>    Banciella & Stanley, P.A.<br>9350 South Dixie Highway, Suite 1500<br>Miami, FL 33156<br>Telephone:  305.577.0044<br>Facsimile:  305.577.8545<br>**Attorneys for Beal Bank Nevada**<br>**(Via CM/ECF)** |