IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank; and
BEAL BANK NEVADA,

    Plaintiff,

vs.

SAVOY HOTEL PARTNERS, LLC,
et al.,

    Defendants.
_____/

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company,

    Counter-Plaintiff,

vs.

FDIC, as Receiver for BANKFIRST,
et al.,

    Counter-Defendants.
_____/

### NOTICE OF CHARGING AND RETAINING LIENS BY FOLEY & LARDNER LLP

PLEASE TAKE NOTICE that Foley & Lardner LLP hereby asserts a lien on any funds, sales proceeds, settlement proceeds, or real or personal property received by or distributed to Plaintiff Beal Bank Nevada as successor in interest to BankFirst or any successor to Beal Bank Nevada, as a security for attorneys' fees and costs due and owing Foley & Lardner LLP and further asserts a retaining lien on all files, litigation materials, documents and work product of Foley & Lardner LLP.

Foley & Lardner LLP hereby requests that this Court adjudicate its rights under said lien at the conclusion of these proceedings.

>Respectfully Submitted,
>
>**FOLEY & LARDNER LLP**
>One Biscayne Tower
>Two South Biscayne Blvd., Suite 1900
>Miami, Florida 33131-2150
>Telephone: (305) 482-8400
>Facsimile: (305) 482-8600
>
>By: *s/William E. Davis*
>William E. Davis
>Fla. Bar No.: 191680
>Alan R. Poppe
>Fla. Bar No.: 0186872
>
>*Attorneys for the FDIC, as Receiver for BankFirst*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 18th day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/William E. Davis*
>William E. Davis

SERVICE LIST
FDIC, as Receiver for BankFirst, Plaintiff
v.
Savoy Hotel Partners, LLC, et al., Defendants
Case No.: 09-22617-Civ-Graham/Torres
United States District Court, Southern District of Florida

| | |
|---|---|
| Jason S. Oletsky, Esq.<br>jason.oletsky@akerman.com<br>Akerman Senterfitt<br>Las Olas II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone:954.463.2700<br>Facsimile: 954.463.2224<br>**Attorneys for Savoy Hotel Partners, LLC**<br>**(Via CM/ECF)** | Steven B. Gillman, Esq.<br>SGillman@shutts.com<br>Shutts & Bowen, LLP<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305.358.6300<br>Facsimile: 305.347.7835<br>**Attorneys for Abraham I. Werjuka**<br>**(Via CM/ECF)** |
| Jennifer Recine, Esq.<br>JRecine@kasowitz.com<br>Kasowitz, Benson, Torres & Freidman LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br>**Attorneys for Savoy Hotel Partners, LLC**<br>**(Via CM/ECF)** | Dirk Lorenzen, Esq.<br>LorenzenLaw@yahoo.com<br>Lorenzen Law P.A.<br>396 Alhambra Circle, Suite 548<br>Coral Gables, FL 33134<br>Telephone: 305.447.1203<br>Facsimile: 305-447.1272<br>**Attorneys for Intervenor, S&B Architects**<br>**(Via CM/ECF)** |
| Philip D. Storey<br>Alvarez Sambol Winthrop & Madson PA<br>100 South Orange Avenue Sutie 200<br>Orlando, FL 32801<br>Telephone: 407.210.2796<br>Facsimile: 407.210.2795<br>**Attorneys for Fairwinds Credit Union**<br>**(Via U.S. Mail only)** | Atlee W. Wampler, III, Esq.<br>awampler@wbwcb.com<br>Ricardo A. Banciella, Esq.<br>rbanciella@wbwcb.com<br>Wampler, Buchanan Walker Chabrow<br>Banciella & Stanley, PA<br>9350 South Dixie Highway, Suite 1500<br>Miami, FL 33156<br>Telephone: 305.577.0044<br>Facsimile: 305.577.8545<br>**Attorneys for Beal Bank Nevada**<br>**(Via CM/ECF)** |