UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank; and
BEAL BANK NEVADA,

    Plaintiff,

vs.

SAVOY HOTEL PARNERS, LLC, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

**THIS CAUSE** is hereby set for a hearing, regarding the pending Motion for Withdrawal of Counsel [D.E. 49], before the Honorable Donald L. Graham at the United States District Court, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida 33128, on March 11, 2010 at 2:30 p.m. In addition to counsel for all parties, the representative for the corporate entities, The Federal Deposit Insurance Corporation ("FDIC"), as Receiver for BankFirst ("FDIC-R"), and Marshall BankFirst Corp., the Marshall Group, and Marshall Financial Group, LLC , must attend. Plaintiff's Counsel shall send a copy of this Notice via certified mail to Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record