UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-22617-CIV-GRAHAM/TORRES

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank; and
BEAL BANK NEVADA

    Plaintiffs,

v.

SAVOY HOTEL PARTNERS, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Agreed Motion for Enlargement of Time to Respond to Beal Bank Nevada's Motion to Strike Notice of Charging and Retaining Liens [D.E. 63].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Agreed Motion for Enlargement of Time to Respond to Beal Bank Nevada's Motion to Strike Notice of Charging and Retaining Liens [D.E. 63] is **GRANTED**. Movant, Foley & Lardner shall have up to and including April 5, 2010 to respond to Co-Plaintiff Beal Bank Nevada's Motion to Strike Notice of Charging and Retaining Liens [D.E. 54]. No additional extensions will be granted. It is further

**ORDERED AND ADJUDGED** that parties shall file a status report of the administrative claims process on or before April 19, 2010. It is the Court's intention to lift the stay on or about April 19, 2010, which is 180 days after the filing of Defendants/Counter Plaintiff Savoy Hotel Partners, LLC's claim with the FDIC, per the Order entered December 1, 2009 [D.E. 48].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of March, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    All Counsel of Record