IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-22617-Civ-Graham/Torres

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank, and BEAL BANK
NEVADA,

       Plaintiffs,

vs.

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company;
ABRAHAM I. WERJUKA, an individual;
and MONARCH HOTELS AND RESORTS,
INC., a Florida corporation, SLO FUNDING,
LLC, a Delaware limited liability
company,

       Defendants.
_____/

SAVOY HOTEL PARTNERS, LLC,
a Florida limited liability company,

       Counter-Plaintiff,

v.

FDIC, as Receiver for BANKFIRST,
a South Dakota state bank;
MARSHALL BANKFIRST CORP.,
a registered bank holding company;
THE MARSHALL GROUP, a Delaware
corporation; and MARSHALL FINANCIAL
GROUP, LLC a Delaware limited liability
company,

       Counter-Defendants.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned parties to the above-captioned civil matter voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions to Dismiss             Yes ____    No  X
2. Motions for Summary Judgment    Yes ____    No  X
3. All Pretrial Motions            Yes ____    No  X
4. Other                           Yes  X      No ____

The parties consent to proceed before a Magistrate Judge regarding:

    (i)    Motions for Costs;

    (ii)    Motions for Attorneys' Fees; and

    (iii)    Motions for Sanctions.

Dated this 11th day of June, 2010.

Respectfully submitted,

| By: *Alan R. Poppe* | By: *Ricardo A. Banciella* |
|---|---|
| William E. Davis | Atlee W. Wampler III |
| Fla. Bar No.: 191680 | Fla. Bar No.: 311227 |
| Alan R. Poppe | Ricardo A. Banciella |
| Fla. Bar No.: 0186872 | Fla. Bar No.: 599440 |
| **FOLEY & LARDNER LLP** | **WAMPLER, BUCHANAN WALKER** |
| *Attorneys for Marshall Counter-Defendants* | **CHABROW BANCIELLA & STANLEY, PA** |
| | *Attorneys for Beal Bank Nevada* |
| One Biscayne Tower | 9350 South Dixie Highway, Suite 1500 |
| Two South Biscayne Blvd., Suite 1900 | Miami, Florida 33156 |
| Miami, Florida 33131-2150 | Telephone: 305.577.0044 |
| Telephone: (305) 482-8400 | Facsimile: 305.577.8545 |
| Facsimile: (305) 482-8600 | |

| | |
|---|---|
| By: *Jason S. Oletsky*<br>Jason S. Oletsky<br>Fla. Bar No.: 0009301<br>**AKERMAN SENTERFITT**<br>*Attorneys for Savoy Hotel Partners, LLC*<br>Las Olas II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone:954.463.2700<br>Facsimile: 954.463.2224 | By: *Stephen B. Gillman*<br>Stephen B. Gillman<br>Fla. Bar No.: 196734<br>**SHUTTS & BOWEN, LLP**<br>*Attorneys for Abraham I. Werjuka*<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305.358.6300<br>Facsimile: 305.347.7835 |
| By: *Jennifer Recine*<br>Michael J. Bowe<br>*Admitted pro hac vice*<br>Jennifer S. Recine<br>*Admitted pro hac vice*<br>Kimberly A. Horn<br>*Admitted pro hac vice*<br>**KASOWITZ, BENSON, TORRES & FREIDMAN LLP**<br>*Attorneys for Savoy Hotel Partners, LLC*<br>1633 Broadway<br>New York, New York 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800 | By: *Paulino A. Nuñez, Jr.*<br>Paulino A. Nuñez, Jr., Esq.<br>Email: pan@rtgn-law.com<br>**Tramont Guerra & Nuñez, P.A**.<br>*Attorneys for FDIC as Receiver of BankFirst*<br>Gables Corporate Plaza<br>2100 Ponce de Leon Blvd., PH II<br>Coral Gables, Florida 33134<br>Telephone: 305-350-2300<br>Facsimile: 305-350-2525 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ricardo A. Banciella
*Attorneys for Beal Bank Nevada*

## SERVICE LIST

Jason S. Oletsky, Esq.
email: jason.oletsky@akerman.com
Akerman Senterfitt
Las Olas II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954-463-2700
Facsimile: 954-463-2224
**Attorneys for Savoy Hotel Partners**
**(Via CM/ECF)**

Steven B. Gillman, Esq.
Email: Sgillman@shutts.com
Shutts & Bowen, LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-6300
Facsimile: 305-347-7835
**Attorneys for Abraham I. Werjuka**
**(Via CM/ECF)**

Jennifer Recine, Esq.
Email: Jrecine@kasowitz.com
Michael J. Bowe, Esq.
Email: mbowe@kasowitz.com
Kimberbly A. Horn, Esq.
Email: khorn@kasowitz.com
J. John Kim, Esq.
Email: jyjkim@kasowitz.com
Kasowitz, Benson, Torres & Freidman LLP
1633 Broadway
New York, NY 10019
Telephone: 212-506-1700
Facsimile: 212-506-1800
**Attorneys for Savoy Hotel Partners, LLC**
**and SLO Funding, LLC**
**(Via CM/ECF)**

Dirk Lorenzen, Esq.
Email: LorenzenLaw@Yahoo.com
Lorenzen Law P.A.
150 Alhambra Circle, Suite 1220
Coral Gables, FL 33134
Telephone: 305-447-1203
Facsimile: 305-447-1272
**Attorneys for Intervenor, S&B Architects**
**(Via CM/ECF)**

William E. Davis, Esq.
Email: wdavis@foley.com
Alan R. Poppe, Esq.
Email: apoppe@foley.com
Foley & Lardner LLP
One Biscayne Tower
Two South Biscayne Blvd., Suite 1900
Miami, Florida 33131
Telephone:  305-482-8400
Facsimile: 305-482-8600
**Attorneys Marshall Counter-Defendants**
**(Via CM/ECF)**

Paulino A. Nuñez, Jr., Esq.
Email: pan@rtgn-law.com
Tramont Guerra & Nuñez, P.A.
Gables Corporate Plaza
2100 Ponce de Leon Blvd., PH II
Coral Gables, Florida 33134
Telephone: 305-350-2300
Facsimile: 305-350-2525
**Attorneys for FDIC as Receiver of**
**BankFirst**
**(Via CM/ECF)**

Philip D. Sotrey, Esq.
Alvarez Sambol Winthrop & Madson P.A.
100 South Orange Avenue
Suite 200
Orlando, FL 32801
Telephone: 407-210-2796
Facsimile: 407-210-2795
**Attorneys for Fairwinds Credit Union**
**(Via U.S. Mail only)**

5